IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr25-MHT |
| | ) | (WO) |
| DAKOTA BROOKS McCALLISTER | ) | |

ORDER

On February 12, 2020, this court held a status conference to review the charges filed against defendant Dakota Brooks McCallister in a pending revocation petition (doc. no. 61). At the conference, the court announced that it would set the revocation petition for a hearing sometime in the future and that, in the interim, McCallister was to comply with his drug treatment. However, the court never set the petition for hearing, for, two days after the status conference, on February 14, 2020, the U.S. Probation Officer sought an amended revocation petition (doc. no. 70), adding a new charge of a state-law violation for an arrest on February 13, 2020.

***

Accordingly, it is ORDERED that, instead of, at this time, setting the initial revocation petition (doc. no. 61) for hearing, the court will wait and decide what action, if any, to take when it considers the amended revocation petition (doc. no. 70).

DONE, this the 26th day of February, 2020.

                                         /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**