IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
   v.                       )        2:17cr25-MHT
                            )            (WO)
DAKOTA BROOKS McCALLISTER   )
```

## ORDER

It is ORDERED that:

(1) The joint motion to dismiss the revocation petition and any term of supervised release (Doc. 76) is granted.

(2) The amended revocation petition (Doc. 61 and Doc. 70) is dismissed.

(3) The remaining term of supervised release is terminated.

(4) Defendant Dakota Brooks McCallister is discharged.

DONE, this the 29th day of March, 2022.

                                /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE